NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1068

GERALD FORD, ET AL.

VERSUS

KENNETH HAGAN, ET AL.

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT,
PARISH OF CALCASIEU, NO. 92-6662,
HONORABLE ROBERT L. WYATT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Jimmie C. Peters, and Billy H. Ezell, Judges.

**APPEAL DISMISSED.**

Saunders, J. dissents and assigns reasons.

**Joseph Anthony Delafield**
**Attorney at Law**
**Post Office Box 4272**
**Lake Charles, LA 70606-4272**
**(337) 477-4655**
**Counsel for Plaintiffs/Appellants:**
**Gerald R. Ford**
**Donnie Wayne Ford**

**Eddie Douglas Austin, Jr.**
**Austin Law Firm**
**1531 Hodges St**
**Lake Charles, LA 70601**
**(337) 433-5767**
**Counsel for Defendant/Appellee:**
**Kenneth Hagan**

**Ike Amos Hobaugh, Esq.**
**Wright & Moreno**
**203 W. Clarence St.**
**Lake Charles, LA 70601-9431**
**(337) 439-6930**
**Counsel for Plaintiffs/Appellants**
**Gerald R. Ford**
**Donnie Wayne Ford**